Patrick O. Sims, Hood, Sims & Neff, LLC, Tuscaloosa, AL, for Defendant–Appellant.

Laura Drinkard Hodge, U.S. Attorney/Northern District of Alabama, Birmingham, AL, for Plaintiff–Appellee.

Before ANDERSON, BARKETT and HILL, Circuit Judges.

**PER CURIAM:**

Patrick O. Sims, appointed appellate counsel for Lafonda Monta Green, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).[1] Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** Green's motion for appointment of new counsel is **DENIED** as moot, and his convictions and sentences are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Wilner JOSEPH, Defendant–Appellant.**

**No. 04–15928.**

United States Court of Appeals,
Eleventh Circuit.

May 30, 2007.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

---

Bernardo Lopez, Ft. Lauderdale, FL, and Kathleen M. Williams, Miami, FL, for Defendant–Appellant.

Before ANDERSON, MARCUS and COX, Circuit Judges.

PER CURIAM:

After oral argument and careful consideration and for the reasons fully discussed at oral argument, we readily conclude that the judgment of the district court is due to be affirmed. Issues that were not discussed at oral argument are rejected as wholly without merit.

**AFFIRMED.**